MSSB-LR-3007-1 (02/23)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: LORETTA KAY THOMAS**　　　　　　　　　　　**CASE NO. 24-51618-KMS**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 13**

**DEBTORS.**

### NOTICE OF OBJECTION TO CLAIM

You are hereby notified that an objection to your claim(s) has been filed in the above-referenced bankruptcy case. Your claim(s) may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim(s), a written response to the attached objection to claim(s) must be filed with:

**Clerk, U.S. Bankruptcy Court Southern
District of Mississippi  2012 15th St.,
Ste. 244 Gulfport, MS 39501**

and a copy must be served on the undersigned attorney for the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

Dated: 5/22/2025

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee

P.O. Box 3749
Gulfport, MS 39505-3749
City, State, and Zip Code

(228) 831-9531　　　100443
Telephone Number　　MS Bar Number

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: LORETTA KAY THOMAS          CHAPTER 13
                                                           Case No. 24-51618-KMS

## TRUSTEE'S OBJECTION TO CLAIM NO. 6
## FILED BY A1 TAYLOR AUTO SALES

COMES NOW the Chapter 13 Trustee, by and through undersigned Counsel, and files this Objection to Claim No. 6 filed by A1 TAYLOR AUTO SALES, pursuant to F.R.B.P. Rule 3007 and 11 U.S.C. § 502, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

The Trustee objects to Claim 6, in the amount of $6,018.93, asserting that Claim 6 is duplicative of Claim 5.

**2.**

The Trustee requests that Claim 6 be disallowed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered disallowing Claim 6 filed by A1 TAYLOR AUTO SALES, and requests such other, further, and general relief to which the Trustee may be entitled.

Respectfully submitted:
s/

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

1

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the foregoing Notice and Trustee's Objection to Claim No. 6 to:

David Asbach, Esq., United States Trustee          USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtor                                    trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the foregoing Notice and Trustee's Objection to Claim No. 6 to the following:

A1 Taylor Auto Sales
3267 Hwy 45 N
Columbus, MS 39705

DATED, this the 22nd day of May 2025.

s/ *(signature)*
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
15487 Oak Lane, Suite 200-I
Gulfport, MS 39503
(228) 831-9531

2