## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE: LORETTA KAY THOMAS**  **CHAPTER 13**
**Case No. 24-51618-KMS**

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM 6

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Claim 6 (Dkt. 37) filed by A1 TAYLOR AUTO SALES, and the Court finding that no opposition to the Trustee's Objection was timely filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Objection to Claim 6 filed by A1 TAYLOR AUTO SALES (Dkt. 37) is sustained and the claim is disallowed and shall not receive payment in this Chapter 13 proceeding.

##END OF ORDER##

Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq. (MSB. 100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505