United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-51618-KMS |
| Loretta Kay Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 30, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loretta Kay Thomas, 11213 Dobson Rd #15, Gulfport, MS 39503-3492 |
| 5489815 | + | A1 Taylor Auto Sales, 3267 Hwy 45 N, Columbus, MS 39705-1634 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nicholas D Garrard | on behalf of Creditor JMAG LLC ngarrard@wilkinspatterson.com, mreyes@wilkinspatterson.com;awaggener@wilkinspatterson.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Loretta Kay Thomas trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Jun 30, 2025 Form ID: pdf012 Total Noticed: 2
TOTAL: 5



**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: June 30, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**IN RE: LORETTA KAY THOMAS**    **CHAPTER 13**
                                 **Case No. 24-51618-KMS**

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM 6

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Claim 6 (Dkt. 37) filed by A1 TAYLOR AUTO SALES, and the Court finding that no opposition to the Trustee's Objection was timely filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Objection to Claim 6 filed by A1 TAYLOR AUTO SALES (Dkt. 37) is sustained and the claim is disallowed and shall not receive payment in this Chapter 13 proceeding.

##END OF ORDER##

Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq. (MSB. 100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505