

# INVOICE

Invoice # 8099
Date: 07/15/2025
Due On: 08/14/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Loretta Kay Thomas

## 05467-Thomas Loretta Kay

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 02/14/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/14/2025 | Reviewed current invoice and completed drafting 1st Application for Compensation; drafted Notice, Affidavit, and proposed Order. | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/14/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/14/2025 | Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/14/2025 | Telephone conference with the creditor informing him that his attorney had not filed a claim for the debtor's case yet; creditor stated he was going to contact his attorney right away to get him to get a claim filed ASAP | 0.20 | $100.00 | $20.00 |
| Service | JC | 02/14/2025 | Reviewed e-mail from TR approving his signature on AO; drafted e-mail to Laura approving same; called debtor and explained the terms of the AO to her. | 0.20 | $155.00 | $31.00 |
| Service | JC | 02/19/2025 | Contact Debtor (Text/Email): Reviewed e-mail from trustee's office requesting I remind debtor of balance due by the end of the month; drafted | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | text message to debtor informing same. |  |  |  |
| Service | JAC | 02/19/2025 | Review: 24-51618-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/20/2025 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A, and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | KAR | 02/21/2025 | Telephone conference with Renee at A1 Taylor who relayed my message directly to Mr Taylor and informed him that there still has been no claim filed and that he needs to get his lawyer to file the claim; Mr. Taylor stated he would call his lawyer "right now"; I requested that Renee inform Mr. Taylor that If there is no claim next week I am going to continue to contact him about getting the claim filed | 0.30 | $100.00 | $30.00 |
| Service | TR | 02/26/2025 | Email w/ Nick Garrard re: location of shed | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/26/2025 | Call Debtor: Reviewed e-mail from TR requesting location of shed; called debtor; she provided the address; she requested the address for the trustee's office so she can drop off her payment; drafted text message to debtor providing same; she said she is still trying to get information about the loan that was taken out in her name; informed her that she will have to get the DA to handle it; drafted e-mail to TR providing location of shed. | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/28/2025 | Telephone conference with Taylor Auto about the proof of claim needing to be file; stated that no claim needs to be filed because they do not have a record for debtor; updated task for VM to reach out to the debtor to verify who the creditor was for the Dodge | 0.10 | $155.00 | $15.50 |
| Service | VM | 03/03/2025 | Reviewed bestcase to determine whether Taylor Auto had uploaded claim, can confirm a new claim has | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | been uploaded, drafted task to paralegal. | | | |
| Service | JC | 03/03/2025 | Reviewed Taylor Auto POC #5. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/05/2025 | Review: Proof of Claim 24-51618-KMS Taylor Auto Sales Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | JC | 03/05/2025 | Reviewed Taylor Auto POC; drafted e-mail to the attorney for Taylor requesting he amend the POC to include a copy of the Certificate of Title. | 0.20 | $155.00 | $31.00 |
| Service | JC | 03/05/2025 | Reviewed e-mail from Van Every informing he will get the POC amended. | 0.10 | $0.00 | $0.00 |
| Service | CO | 03/07/2025 | Administrative - non-billable work: Reviewed voicemail from Sunflower in Columbus concerning mail they received pertaining to the debtor's case. Sunflower employee said he would fax over the received documents and await instructions. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/07/2025 | Review: 24-51618-KMS Order Confirming Chapter 13 Plan Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/11/2025 | Reviewed docket - POC not amended; drafted follow-up e-mailed to Van Every regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/11/2025 | Call Debtor: Reviewed e-mail from Nick Garrard informing the address for the shed is incorrect; called debtor; she provided the correct address for the shed and provided directions; she said she mailed a $150 payment on the shed on February 27th and will send me a copy of the money order; drafted e-mail to Nick Garrard informing same. | 0.30 | $155.00 | $46.50 |
| Service | JC | 03/12/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Nick Garrard requesting that I get the copy of payment receipt from debtor; drafted text message to debtor requesting same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/12/2025 | Call Debtor: Reviewed e-mail from TR requesting I schedule a phone conference with debtor regarding the shed; called debtor; She said her son- | 0.10 | $0.00 | $0.00 |

|         |     |            |                                                                                                                                                                                                                                                                                            |      |          |         |
|---------|-----|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | in-law is trying to move the shed so she can live in it; reviewed calendar and scheduled conference with TR; drafted e-mail to TR informing same                                                                                                                                           |      |          |         |
| Service | JC  | 03/17/2025 | Reviewed text message from debtor informing she was in the hospital and inquiring if telephone conference could be rescheduled; drafted e-mail to TR inquiring if he wanted it rescheduled.                                                                                                | 0.10 | $155.00  | $15.50  |
| Service | JC  | 03/18/2025 | Reviewed docket - POC not amended; drafted follow-up e-mailed to Van Every inquiring about the status of same.                                                                                                                                                                             | 0.10 | $155.00  | $15.50  |
| Service | BM  | 03/18/2025 | Incoming Call: Call from Chastity with the BK Court stating the Agreed Order DK# 30 does not have a 3 inch margin, sent memo to case admin                                                                                                                                                  | 0.10 | $0.00    | $0.00   |
| Service | JC  | 03/19/2025 | Call Debtor: Reviewed text message from TR informing to reschedule his phone conference; called debtor numerous times but call would shut down as soon as I input it; called VM using push button and it worked, called my cell and it worked; drafted text message to debtor informing I tried calling and the call would not go through; requested a call from her. | 0.20 | $155.00  | $31.00  |
| Service | JC  | 03/20/2025 | Call Debtor: Text message did not go through, called debtor - phone not working; drafted e-mail requesting a call so we can reschedule a phone conference with TC.                                                                                                                           | 0.10 | $155.00  | $15.50  |
| Service | CO  | 03/20/2025 | Incoming Call: Phone conference with Cody Bailey from Sunflower Grocery store in Columbus, MS concerning the notices from bankruptcy court that the store keeps receiving. Discussed the possibilities of why they were included in the bankruptcy. Advised they review their files for any bad checks since they had no record of her employment there. | 0.10 | $100.00  | $10.00  |
| Service | JAC | 03/20/2025 | Review: 24-51618-KMS Order on Application for Compensation Document# 35                                                                                                                                                                                                                    | 0.10 | $360.00  | $36.00  |
| Service | JC  | 03/24/2025 | Call Debtor: Called debtor, no voicemail; drafted text message to debtor requesting she call me so I can                                                                                                                                                                                   | 0.10 | $155.00  | $15.50  |

Invoice # 8099 - 07/15/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | schedule a phone conference with TR. | | | |
| Service | JC | 03/24/2025 | Reviewed e-mail from Van Every attaching a copy of the Amended POC with attached Title that he is mailing to be filed; reviewed docket, not yet filed. | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/25/2025 | Incoming Call: Telephone conference with debtor about her shed; tried to schedule an appointment time to speak with the attorney but her daughter has passed away and can't right now; she will call this week once everything is settle down | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/27/2025 | Reviewed docket - Amended POC was filed as a new Claim #6 under the name A1 Taylor Auto Sales instead of as an amended claim; the original POC, #5 was filed under Taylor Auto Sales; drafted e-mail to JAC informing same. | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/31/2025 | Incoming Call: Telephone conference with debtor about her plan payment that she is unable to make until the funds hit her account and also scheduled her an appointment to speak with the attorney about the issues with her shed | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/31/2025 | Contact Debtor (Text/Email): Drafted email to debtor with the TFS online payment portal information so she can make her plan payment | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/31/2025 | Contact Debtor (Text/Email): Reviewed memo from KR informing debtor stated that she doesn't yet have her payment for this month; drafted text message to debtor reminding her that she cannot let her case get more than a month behind, or her case will be dismissed. | 0.10 | $155.00 | $15.50 |
| Service | BM | 04/01/2025 | Incoming Call: Call from debtor requesting the Trustee's phone number to call and make a payment over the phone. I kindly explained that the Trustee cannot accept payments over the phone. Debtor requested TFS information to submit a payment online. Drafted email to debtor with copy of TFS instructions. | 0.20 | $155.00 | $31.00 |

Invoice # 8099 - 07/15/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 04/01/2025 | Incoming Call: Phone conference with debtor requesting we text her the link to make payments online. Drafted text to debtor with payment link and case number. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/09/2025 | Reviewed e-mail from Wilkins Patterson informing JMAG went to try to repo the shed and it was not at the address the debtor gave; drafted memo to TR inquiring if he wanted me to try to pursue it any further since she gives a different address each time we ask. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/10/2025 | Reviewed memo from TR informing I can stop working on the shed. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/22/2025 | Review: 24-51618-KMS Objection to Claim with 30 day notice Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/01/2025 | Review: 24-51618-KMS Order Regarding Objection to Claim Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | CO | 07/14/2025 | Incoming Call: Phone conference with debtor stating they were going to be late on a plan payment because they were currently stuck on the side of the road after her engine locked up. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/15/2025 | Reviewed memo from CO informing debtor stated she will be paying late this month; drafted reply informing she is on a 30-day strict enforcement and that I will contact the debtor. | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/15/2025 | Call Debtor: Reviewed e-mail correspondence between creditor and TR regarding storage building repo; reviewed NDC for payment history; called debtor, no voicemail, drafted text message for a return call; drafted reply informing I've had difficulty reaching her. I've sent a message asking her to contact me, and I'll provide an update as soon as I hear back. | 0.20 | $155.00 | $31.00 |
| Service | JC | 07/15/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed | 0.40 | $155.00 | $62.00 |

| Type | | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| | | | activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | | | |
| Service | JC | 07/15/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,003.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/20/2025 | Mailing Expense - 1st Fee Application - Difference in Actual vs Estimate | 1.00 | $43.83 | $43.83 |
| Expense | 07/15/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $64.07 | $64.07 |
| | | | **Expenses Subtotal** | | **$107.90** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.7 | $360.00 | $252.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Jacki Curry | Non-Attorney | 3.1 | $155.00 | $480.50 |
| Jacki Curry | Non-Attorney | 1.1 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Kerri Rodabough | Non-Attorney | 0.5 | $155.00 | $77.50 |
| | | | **Subtotal** | **$1,110.90** |
| | | | **Total** | **$1,110.90** |

Invoice # 8099 - 07/15/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7570 | 03/16/2025 | $3,685.82 | $0.00 | $3,685.82 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8099 | 08/14/2025 | $1,110.90 | $0.00 | $1,110.90 |

| | |
|---|---|
| **Outstanding Balance** | **$4,796.72** |
| **Total Amount Outstanding** | **$4,796.72** |

7/15/25, 12:30 PM                                                                                     Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  [ 4 ]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  [ 43 ]  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  [ 2 ]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  [ 1 ]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 86 |  |
| Date and Time: | Tue Jul 15 2025 12:30:07 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 172 |  |
| Sheets Per Envelope: | 2 |  |
| First Class Postage Rate: | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 32.68 |
| Postage Cost: | $ | 31.39 |
| Total Cost: | $ | 64.07 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED