_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 29, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                              CHAPTER 13

LORETTA KAY THOMAS                                CASE NO: 24-51618-KMS

### ORDER RELEASING EARNINGS OF DEBTOR

THE ORDER **(Dkt. 15)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

WARREN A. CUNTZ, JR. TRUSTEE
P.O. BOX 3749
GULFPORT MS 39505-3749
(228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##