United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51618-KMS
Loretta Kay Thomas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Oct 28, 2025      Form ID: ntcdsm      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loretta Kay Thomas, 100 Auderar Blvd., Apt. G6, Waveland, MS 39576-2457 |
| cr | + | JMAG, LLC, c/o Wilkins Patterson, 4735 Old Canton Rd., Suite 108, Jackson, MS 39211-5526 |
| 5440102 | + | 4 County Power, 5265 S Frontage Rd, Columbus, MS 39701-8562 |
| 5489815 | + | A1 Taylor Auto Sales, 3267 Hwy 45 N, Columbus, MS 39705-1634 |
| 5440103 | | American Power, 823 S 17th Ave, Columbus, MS 39701 |
| 5440104 | + | Baptist Hospital, 2520 5th St N, Columbus, MS 39705-2008 |
| 5440105 | + | Cal City Deli, 29 Main St, Caledonia, MS 39740-9557 |
| 5440106 | + | Caldonia Water, 202 South St, Caledonia, MS 39740-7607 |
| 5440107 | + | Car Mart, 3933 Hwy 45 N, Columbus, MS 39705-1731 |
| 5440111 | | Check Into Cash, 806B MS 12 W, Starkville, MS 39759 |
| 5440112 | + | Clay Medical, 150 Medical Center Dr, West Point, MS 39773-0428 |
| 5440113 | + | Columbus Motor Company, 2302 Main St, Columbus, MS 39701-6097 |
| 5440117 | + | Dennis Crenshaw, 11213 Dobson Rd #15, Gulfport, MS 39503-3492 |
| 5440118 | | Deweese Title Loan Llc, 404 Hwy 45 S, West Point, MS 39773 |
| 5440119 | + | East Laudes Water, 1325 Ridge Rd, Columbus, MS 39705-3240 |
| 5440120 | + | Family Dollar, 202 Alabama St,, Columbus, MS 39702-5204 |
| 5440121 | + | Food Giant, 901 US 278, Amory, MS 38821-5512 |
| 5440122 | + | Golden Triangle Waste, 1311 Industrial Park R, Columbus, MS 39701-8646 |
| 5440125 | | Money Matters, 9570 AL-18, Vernon, AL 35592 |
| 5440126 | | Monroe County Hospital, 8016 S Alabama Ave, Monroeville, AL 36460 |
| 5440127 | | Monroe County Power, 50408 Greenbriar Rd, Amory, MS 38821 |
| 5448285 | | Nicholas D. Garrard, Esq., Wilkins Patterson Smith Pumphrey Stephen, For JMAG, LLC, Post Office Box 13429, Jackson MS 39236-3429 |
| 5440129 | + | North MS Medical Cente, PO Box 1791, Tupelo, MS 38802-1791 |
| 5440130 | + | Okalona Water, 300 Silver St, Okolona, MS 38860-2030 |
| 5440131 | | Old Country Store, 238 MS 12, Pheba, MS 39755 |
| 5440132 | + | Rent N Roll, 1401 W Main St, Tupelo, MS 38801-3427 |
| 5440133 | + | Specialty Ortho, 1211 S Gloster St, Tupelo, MS 38801-6546 |
| 5440134 | + | Sunflower Grocery, 225 Alabama St, Columbus, MS 39702-5203 |
| 5480168 | + | Taylor Auto Sales, 3267 Hwy 45 N, Columbus, MS 39705-1634 |
| 5440135 | + | Taylor Motors, 3267 Hwy 45, Columbus, MS 39705-1634 |
| 5440139 | + | Washington Co Hospital, 705 S Grand Ave, Nashville, IL 62263-1534 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5440114 | | Email/Text: mcowart@columbusortho.com | Oct 28 2025 19:25:00 | Columbus Orthopaedic, 670 Leigh Dr, Columbus, MS 39705 |
| 5440108 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 28 2025 19:25:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5440109 | + | EDI: JPMORGANCHASE | Oct 28 2025 23:24:00 | Chase Bank, Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5440110 | + | Email/Text: bkinfo@ccfi.com | Oct 28 2025 19:25:00 | Check Into Cash, 919 Alabama St, Columbus, MS 39702-5570 |
| 5440115 | + | Email/Text: bkinfo@ccfi.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: ntcdsm | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2025 19:25:00 | Community Choice Finan, P.O. Box 535, Cleveland, TN 37364-0535 |
| 5440116 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2025 19:30:40 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5440123 | + | EDI: LCIICSYSTEM | Oct 28 2025 23:24:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5440124 | | Email/Text: paige@jmagllc.com | Oct 28 2025 19:25:00 | JMAG LLC, P.O. Box 282, Harrisburg, IL 62946 |
| 5453708 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2025 19:30:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5440128 | | EDI: MSDOR | Oct 28 2025 23:24:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5461723 | | EDI: Q3G.COM | Oct 28 2025 23:24:00 | Quantum3 Group LLC as agent for, Denali Capital, PO Box 788, Kirkland, WA 98083-0788 |
| 5440136 | | EDI: SYNC | Oct 28 2025 23:24:00 | Texaco, P.O. Box 965013, Orlando, FL 32896-5013 |
| 5440137 | + | EDI: CBS7AVE | Oct 28 2025 23:24:00 | The Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5440138 | + | Email/Text: BNCnotices@dcmservices.com | Oct 28 2025 19:25:00 | United Emergency Servi, P.O. Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | A1 Taylor Auto Sales, 3267 Hwy 45 N, Columbus, MS 39705-1634 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nicholas D Garrard | on behalf of Creditor JMAG LLC ngarrard@wilkinspatterson.com, towens@wilkinspatterson.com;tpark@wilkinspatterson.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: ntcdsm | Total Noticed: 45 |

|  |  |
|---|---|
|  | on behalf of Debtor Loretta Kay Thomas trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−51618−KMS
Chapter: 13

In re:
    Loretta Kay Thomas
    fka Loretta Kay Crenshaw
    100 Auderar Blvd., Apt. G6
    Waveland, MS 39576

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−3959

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on October 28, 2025.

Dated: 10/28/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790